UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

ONASIS EDUARDO RAMIREZ MIRANDA,

      Petitioner,

v.                                           Case No. 2:26cv233

PAUL PERRY, *et al.*,

      Respondents.

## **FINAL ORDER**

Before the Court is a Petition for a Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2241. ECF No. 1. In his Petition, the *pro se* Petitioner seeks either release from ICE custody or a bond hearing before an Immigration Judge. *Id.* at 8. On April 23, 2026, the Respondents filed an answer to the Petition. ECF No. 11. The Petitioner filed a reply on May 12, 2026. ECF No. 12.

The matter was referred for disposition to a United States Magistrate Judge pursuant to 28 U.S.C. §§ 636(b)(1)(A) and (B), Federal Rule of Civil Procedure 72(b), Local Civil Rule 72, and the April 2, 2002 Standing Order on Assignment of Certain Matters to United States Magistrate Judges. In a Report and Recommendation ("R&R") entered on May 13, 2026, the Magistrate Judge recommended that the relief sought by the Petition be denied. ECF No. 13. The parties were advised of their right to file written objections to the R&R. Petitioner filed a timely objection to the R&R, ECF No. 14, and Respondents filed a response to the objection, ECF No. 15.

Having reviewed the record and examined the objections filed by Petitioner to

1

the R&R, and having made *de novo* findings with respect to the portions objected to, it is **ORDERED** that the R&R, ECF No. 13, is **ADOPTED** as the opinion of the Court. The Petition, ECF No. 1, is **DENIED** and **DISMISSED WITHOUT PREJUDICE**. It is **ORDERED** that judgment be entered in favor of the Respondents.

The Petitioner is hereby notified that he may appeal from the judgment entered pursuant to this Final Order by filing a *written* notice of appeal with the Clerk of the Court at the Walter E. Hoffman United States Courthouse, 600 Granby Street, Norfolk, Virginia 23510, within thirty (30) days from the date judgment is entered.

The Clerk is **DIRECTED** to forward a copy of this Order to the Petitioner and counsel of record for the Respondents.

**IT IS SO ORDERED.**

/s/
Arenda L. Wright Allen
Senior United States District Judge

August 12, 2026
Norfolk, Virginia